United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 00-1100 September Term, 2001
 

 Filed On: May 2, 2002 [675199]
Greg Ruggiero,
 Petitioner

 v.

Federal Communications Commission and United
States of America,
 Respondents

 BEFORE: Ginsburg, Chief Judge; Edwards, Sentelle, Henderson,
 Randolph, Rogers, Tatel and Garland, Circuit Judges

 O R D E R

 Upon consideration of the respondents' petition for rehearing en banc, the
response thereto, and the vote by a majority of the judges of the court in regular, active
service in favor of the petition, it is

 ORDERED that the petition be granted. This case will be reheard by the court
sitting en banc. The judgment filed on February 8, 2002, is hereby vacated. It is

 FURTHER ORDERED that an order governing further proceedings will issue
separately.

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Nancy G. Dunn
Deputy Clerk